# UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF TEXAS
### EL PASO DIVISION

JONATHAN ALEXANDER
MESTANZA LOMBEIDA,

   *Petitioner*,

v.

MARY DE ANDA-YBARRA, FIELD
OFFICE DIRECTOR OF
ENFORCEMENT AND REMOVAL
OPERATIONS EL PASO FIELD
OFFICE, IMMIGRATION AND
CUSTOMS ENFORCEMENT;
WARDEN OF ERO EL PASO CAMP
EAST MONTANA; TODD M. LYONS,
IN HIS OFFICIAL CAPACITY AS
ACTING DIRECTOR,
IMMIGRATION AND CUSTOMS
ENFORCEMENT, U.S. DEPARTMENT
OF HOMELAND SECURITY; MARK
WAYNE MULLIN, IN HIS OFFICIAL
CAPACITY AS SECRETARY, U.S
DEPARTMENT OF HOMELAND
SECURITY; AND TODD BLANCHE,
IN HIS OFFICIAL CAPACITY AS
ACTING ATTORNEY GENERAL OF
THE UNITED STATES,

   *Respondents*.

§ §§§§§§§§§§§§§§§§§§§§§§§§§§§§§§§

No.  3:26-CV-01380-LS

## <u>ORDER DISMISSING CASE</u>

Today, the Court considered this case. The Court previously ordered Petitioner Jonathan Alexander Mestanza Lombeida to pay the filing fee or file a motion to proceed *in forma pauperis* by June 26, 2026.[1] As Petitioner has not done so, the Court dismisses this case without prejudice under Fed. R. Civ. P. 41(b).

---

[1] ECF No. 2.

**SO ORDERED**.

**SIGNED** and **ENTERED** on August 13, 2026.

**LEON SCHYDLOWER**
**UNITED STATES DISTRICT JUDGE**